UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Lille Walker, | ) | Civil Action No. 5:17-cv-2969-DCC-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On November 1, 2017, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on April 6, 2018. ECF Nos. 12, 13. Plaintiff's brief in support of her appeal was due by May 7, 2018. *See* Local Civ. Rule 83.VII.04 (D.S.C.); *see also* ECF No. 12. Plaintiff obtained an extension of time, which made her brief due June 6, 2018. To date, however, Plaintiff has not filed her brief, nor has counsel communicated further with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of his appeal no later than **June 25, 2018**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 11, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge